```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 7, 2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**OLSHAN FROME WOLOSKY LLP,**

                  **Plaintiff,**

      -against-

**THE COMMITTEE TO RESTORE NYMOX SHAREHOLDER VALUE INC., RANDALL J. LANHAM, M. RICHARD CUTLER, AND CHRISTOPHER R. RILEY,**

                  **Defendant.**

------------------------------------------------------------------- x

**24-cv-02134 (ALC) (VF)**

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on June 18, 2024 at 12:30 PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **June 7, 2024**
          **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**