**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| **OLSHAN FROME WOLOSKY LLP,** : | |
| : | |
| Plaintiff, : | |
| : | **24-cv-02134 (ALC) (VF)** |
| -against- : | |
| : | **CONFERENCE ORDER** |
| **THE COMMITTEE TO RESTORE NYMOX** : | |
| **SHAREHOLDER VALUE INC., RANDALL J.** : | |
| **LANHAM, M. RICHARD CUTLER, AND** : | |
| **CHRISTOPHER R. RILEY,** : | |
| : | |
| Defendant. : | |
| : | |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on July 12, 2024 at 12:30 PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **June 20, 2024**
        **New York, New York**      **ANDREW L. CARTER, JR.**
                                          **United States District Judge**