UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
OLSHAN FROME WOLOSKY LLP,

                **Plaintiff,**

  -against-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., RANDALL J.
LANHAM, M. RICHARD CUTLER, AND
CHRISTOPHER R. RILEY,

                **Defendant.**

--------------------------------------------------------------- x

24-cv-02134 (ALC) (VF)

<u>CONFERENCE ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on July 11, 2024 at 11:00 AM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **July 9, 2024**
             **New York, New York**

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**