UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

OLSHAN FROME WOLOSKY LLP,

                     Plaintiff,

    -against-

THE COMMITTEE TO RESTORE NYMOX SHAREHOLDER VALUE INC., RANDALL J. LANHAM, M. RICHARD CUTLER, AND CHRISTOPHER R. RILEY,

                     Defendant.

------------------------------------------------------------------- x

24-cv-02134 (ALC) (VF)

**ORDER OF ADJOURNMENT**

**ANDREW L. CARTER, JR., District Judge:**

The pre-motion conference previously scheduled for July 11, 2024 is ADJOURNED without a date.

**SO ORDERED.**

**Dated:**     **July 11, 2024**

            **New York, New York**                            **ANDREW L. CARTER, JR.**
                                                                                **United States District Judge**