**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| **OLSHAN FROME WOLOSKY LLP,** | |
| Plaintiff, | |
| -against- | 24-cv-02134 (ALC) |
| **THE COMMITTEE TO RESTORE NYMOX SHAREHOLDER VALUE INC., RANDALL J. LANHAM, M. RICHARD CUTLER, AND CHRISTOPHER R. RILEY,** | **ORDER OF ADJOURNMENT** |
| Defendant. | |

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The pre-motion conference previously scheduled for July 12, 2024 is ADJOURNED without a date.

**SO ORDERED.**

**Dated:**     **July 11, 2024**

**New York, New York**               ANDREW L. CARTER, JR.
                                     United States District Judge