UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision. (ECF No. 46). Accordingly, a telephone status conference is scheduled for **Wednesday, November 6, 2024 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
             October 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**