UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                        Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                        Defendants.

CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone status conference held today, November 6, 2024, it is ORDERED that Defendant Christopher R. Riley shall file an answer or other appropriate responsive pleading to the Complaint (ECF No. 1) by **November 20, 2024**.

A telephone status conference is scheduled for **Wednesday, January 8, 2025 at 10:00 am** on the Court's Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 943023229#, at the scheduled time.

The Court also notes that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10 am to 4 pm, except on days when the Court is closed. An unrepresented party can make an appointment in person, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.

Dated: New York, New York
November 6, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2