UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court ordered Defendant Christopher R. Riley to file an answer or other appropriate responsive pleading to the Complaint (ECF No. 1) by November 20, 2024. (ECF No. 50). He has not done so.

As a one-time courtesy, the Court sua sponte extends the deadline for Mr. Riley to respond to the Complaint up to and including **December 3, 2024**. Mr. Riley is **warned** that failure to timely respond to the Complaint may result in default judgment proceedings against him.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Riley.

Dated:      New York, New York
             November 21, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:
Christopher R. Riley
6575 West Loop South
Suite 500
Bellaire, TX 77401