UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                        Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                        Defendants.

CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone status conference held today, January 8, 2025, it is ORDERED as follows:

1. On or before **January 31, 2025**, Defendants shall respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, which were delivered to Defendants on November 15, 2024.

2. On or before **January 31, 2025**, Defendants shall serve their initial discovery requests and deposition notices on Plaintiff.

3. On or before **January 31, 2025**, Defendants may (i) file a motion for leave to amend their answers to include counterclaims or crossclaims, and (ii) file a motion to join third parties to the case.

4. A telephone status conference is scheduled for **Thursday, February 6, 2025, at 3:00 p.m. ET** on the Court's Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 267 335 29#, at the scheduled time.

5. A settlement conference will be scheduled by a separate order.

Dated: New York, New York
January 8, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2