UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLSHAN FROME WOLOSKY LLP,

                Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's unopposed request to extend responsive deadlines (ECF No. 61) is **GRANTED**. The deadline for Plaintiff to respond to ECF Nos. 56 and 57 is **EXTENDED** up to and including **February 26, 2025**.

Additionally, pursuant to the discussion during the telephone status conference held on February 6, 2025, the settlement conference scheduled for Tuesday, February 25, 2025 (ECF No. 53) is **CANCELLED**.

The Clerk of Court is respectfully directed to close ECF No. 61.

Dated:    New York, New York
           February 12, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**