UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLSHAN FROME WOLOSKY LLP,<br><br>      Plaintiff,<br><br> -v-<br><br>THE COMMITTEE TO RESTORE NYMOX SHAREHOLDER VALUE INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 24 Civ. 2134 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Defendant M. Richard Cutler filed two motions to dismiss the Complaint. (ECF Nos. 57; 65 (the "Motions")). He filed notices of withdrawal of the Motions and affirmations of service of those notices on Plaintiff. (ECF Nos. 70–73).

Accordingly, the Clerk of Court is respectfully directed to close ECF Nos. 57 & 65.

Dated:  New York, New York
     March 21, 2025

                SO ORDERED.

                _____
                SARAH L. CAVE
                **United States Magistrate Judge**