UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                      Plaintiff,

-v-

THE COMMITTEE TO RESTORE NYMOX
SHAREHOLDER VALUE INC., et al.,

                      Defendants.

CIVIL ACTION NO. 24 Civ. 2134 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 11, 2024, Judge Carter so-ordered the parties' stipulation and scheduling order, which set: (i) the fact discovery deadline as February 14, 2025; (ii) the expert discovery deadline as April 28, 2025; and (iii) the deadline to file dispositive motions as June 2, 2025. (ECF No. 45 at 1–2). At Defendants' request, the fact discovery deadline was extended to March 17, 2025, subject to review pending resolution of pro se Defendant M. Richard Cutler's motion for leave to amend his answer and file a third-party complaint. (ECF Nos. 60; 78). On March 21, 2025, the Court granted Cutler leave to file a third-party complaint and directed him to file it by April 4, 2025. (ECF No. 78). He has neither timely filed a third-party complaint nor requested an extension of time to do so.

Accordingly, the Court deems Cutler to have waived the opportunity to file a third-party complaint and deems fact discovery in this case to have closed. On or before **April 18, 2025**, the parties shall file a joint letter certifying the completion of fact discovery and indicating whether any party intends to pursue expert discovery.

Dated: New York, New York
April 11, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2